742 A.2d 508

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner,

v.

**Leonard Jerome SPERLING, Respondent.**

**Misc. AG No. 49, Sept. Term, 1999.**

Court of Appeals of Maryland.

Dec. 13, 1999.

## *ORDER*

This matter came before the court on the Joint Petition for Reprimand by Consent submitted by the Attorney Grievance

Commission of Maryland, Petitioner, and Leonard Jerome Sperling, Respondent.

The Court having considered the Petition, it is this 13th day of December, 1999,

ORDERED, that the Respondent, Leonard Jerome Sperling be and he is hereby reprimanded for misconduct in violation of Rule 1.15 of the Maryland Rules of Professional Conduct.